**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kareem Abdul Bonner,

    Plaintiff,

        v.                          Case No.  1:12cv032

Scope Services, Inc., *et al.*,        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 7, 2012 (Doc. 17).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 17) of the Magistrate Judge is hereby **ADOPTED.**  Defendant Duke Energy's Unopposed Motion to Dismiss (Doc. 5) is **GRANTED** and shall be terminated from the docket; the Motions of Defendants Snope Services, Inc., and of Utility Outsource Services, Inc., to Dismiss or for a More Definite Statement (Docs. 8 and 12) are **DENIED AS MOOT**.

It is further ordered that the referral assigned to the Magistrate Judge be removed and that the assignment be held for referral purposes only.

As the Amended Complaint (Doc. 16) and Answer (Doc. 18) have been filed, this matter shall proceed for a scheduling conference.  Pursuant to the civil procedures of the undersigned, a Rule 26(f) Report is due by July 25, 2012; and a Scheduling Conference

is set for August 1, 2012 at 1:30 pm to be conducted by teleconference.  The Parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 1:30 pm.  Parties may obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at: www.ohsd.uscourts.gov

    **IT IS SO ORDERED.**

    *S/Michael R. Barrett*
Michael R. Barrett
United States District Judge